UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES BARRAL and STEPHANIE BARRAL, § § Plaintiff, § § v. § § CONN APPLIANCES, INC., § § Defendant. § | Case No. 3:20-cv-01431-G |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

JAMES BARRAL and STEPHANIE BARRAL (Plaintiffs), by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismiss the above captioned matter without prejudice, each party to bear its own fees and costs.

Respectfully submitted,

Dated: June 8, 2020

/s/ Adam T. Hill
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92880
T: (657) 236-92590
F: (602) 857-8207
AdamH@jlohman.com

Attorneys for Plaintiffs,
JAMES BARRAL and
STEPHANIE BARRAL

### CERTIFICATE OF FILING

I hereby certify that on June 8, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System with service on all parties of record via same.

/s/ Adam T. Hill
Adam T. Hill